# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

JESSIE JAMES-HAWLEY, Individually, and as Personal Representative of the Estate of Nykee Hawley,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

CV 18-2-GF-BMM-JTJ

**ORDER**

Parties have stipulated to dismiss this matter with prejudice, with each party to bear its own fees and costs.

Wherefore IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs. All deadlines and hearings are VACATED.

DATED this 25th day of September, 2018.

Brian Morris
United States District Court Judge